The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NATHANIEL WELLS,

    Defendant-Petitioner,

v.

UNITED STATES OF AMERICA,

    Plaintiff-Respondent.

NO. C21-0602 RSM
(CR16-007RSM)

**ORDER FOR EXTENSION OF TIME TO ANSWER PETITIONER'S 28 U.S.C. § 2255 MOTION**

This matter having come to the Court's attention on the United States' motion for an extension of time to file the answer to the Petitioner's 28 U.S.C. § 2255 motion in the above-referred matter, and the Court being fully advised, finds that good cause has been shown and enters the following order:

IT IS HEREBY ORDERED that the United States' answer to Petitioner's 28 U.S.C. § 2255 motion shall be due on or before September 24, 2021.

DATED this 2nd day of August, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Order for Extension of Time
*Nathaniel Wells v. United States*, No. C21-0602RSM — 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*s/Michael S. Morgan*
MICHAEL S. MORGAN
Assistant United States Attorney

Order for Extension of Time
*Nathaniel Wells v. United States*, No. C21-0602RSM — 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970